## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 1:08-cv-02319

In re Select Snacks, Inc., et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Hoekstra Potato Farms, LLC

| | |
|---|---|
| **NAME** (Type or print)<br>Miguel Martin-Johnston | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/  Miguel Martin-Johnston | |
| **FIRM**<br>KEATON & ASSOCIATES, P.C. | |
| **STREET ADDRESS**<br>1278 W. Northwest Highway- Suite 903 | |
| **CITY/STATE/ZIP**<br>Palatine, Illinois 60067 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6286805 | **TELEPHONE  NUMBER**<br>847/934-6500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |