# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Hoekstra Potato Farms. LLC

                        Plaintiff,

v.                                                      Case No.: 1:08–cv–02319
                                                          Honorable Suzanne B. Conlon

Select Snacks, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

      MINUTE entry before Judge Honorable Suzanne B. Conlon:Pursuant to Bankruptcy Rules 8007 and 8009, cross−appellants' briefs are due 5/15/08; cross−appellees' briefs are due 5/30/08; cross−appellants' replies are due 6/10/08.Notices mailed by Judicial staff. (wyh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.