UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: SELECT SNACKS, INC., et. al.,<br><br>Debtors.<br>_____<br><br>HOEKSTRA POTATO FARMS, LLC,<br><br>Appellant,<br><br>v.<br><br>SELECT SNACKS, INC., et. al.,<br><br>Appellee.<br>_____<br><br>LASALLE BUSINESS CREDIT, LLC,<br><br>Appellant,<br><br>v.<br><br>HOEKSTRA POTATO FARMS, LLC,<br><br>Appellee. | ) Appeal from the United States Bankruptcy<br>) Court for the Northern District of Illinois<br>) Case No. 07-B-18769<br>) (Jointly administered)<br>) Chapter 11<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No: 1:08-cv-02319-SBC<br>) Honorable Judge Suzanne B. Collon<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No: 1:08-cv-02319-SBC<br>) Honorable Judge Suzanne B. Collon<br>)<br>)<br>)<br>) |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT BRIEF**

Appellant, Hoekstra Potato Farms, LLC (the "Appellants"), pursuant to this Honorable Court's Local Rules and the Federal Rules of Civil Procedure Rule 6(a), hereby respectfully moves for a brief extension of time to file the Appellant's Brief (now due May 8, 2008) so as finalize a settlement and ultimately dismiss this appeal. In support of the Motion, the Appellant has filed

contemporaneously herewith a Memorandum of Law.

The Appellant, prior to the filing of this Motion and pursuant to this Honorable Court's Local Rules, conferred with the Appellee's counsel to determine if he had any objection(s) to the filing of the instant motion. The undersigned counsel hereby certifies the Appellee's counsel has no objection to the instant motion.

FOR THESE REASONS, the Appellant respectfully requests this Honorable Court issue an order extending the deadline for Appellants' Brief to and including May 19, 2008.

Date:  May 7, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　HOEKSTRA POTATO FARMS, LLC,

　　　　　　　　　　　　　　　　　　By:   /s/ Miguel Martin-Johnston, Esq.
　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Michael J. Keaton, Esq.
Miguel Martin-Johnston, Esq.
KEATON & ASSOCIATES, P.C.
1278 West Northwest Highway- Suite 903
Palatine, Illinois 60067
Tel.: 847/934-6500

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing was served electronically to all parties on the above-captioned matter through the ECF system at the electronic address on file with the Clerk's Office or by depositing same in the U.S. Mail, postage pre-paid and properly addressed on this day, May 7, 2008.

　　　　　　　　　　　　　　　　　　By:   /s/ Miguel Martin-Johnston, Esq.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: SELECT SNACKS, INC., et. al.,<br><br>Debtors.<br>_____<br>HOEKSTRA POTATO FARMS, LLC,<br><br>Appellant,<br><br>v.<br><br>SELECT SNACKS, INC., et. al.,<br><br>Appellee.<br>_____<br>LASALLE BUSINESS CREDIT, LLC,<br><br>Appellant,<br><br>v.<br><br>HOEKSTRA POTATO FARMS, LLC,<br><br>Appellee. | ) Appeal from the United States Bankruptcy<br>) Court for the Northern District of Illinois<br>) Case No. 07-B-18769<br>) (Jointly administered)<br>) Chapter 11<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No: 1:08-cv-02319-SBC<br>)<br>) Honorable Judge Suzanne B. Collon<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No: 1:08-cv-02319-SBC<br>)<br>) Honorable Judge Suzanne B. Collon<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF LAW IN SUPPORT OF AGREED MOTION
<u>FOR EXTENSION OF TIME</u>**

Appellant, Hoekstra Potato Farms, LLC (the "Appellants"), pursuant to this Honorable Court's Local Rules, hereby respectfully files its Memorandum of Law in support of its Agreed Motion for Extension of Time pursuant to the Federal Rules of Civil Procedure Rule 6(a) and in

1

support thereof, the Appellant respectfully states as follows:

1. The Appellant and Appellee have been negotiating a settlement which is close to but yet finalized.

2. As such, it is taking some time to negotiate the terms and conditions of the settlement agreement and dismissal so as to mutually resolve and close this case down.

3. The Appellant reasonably believes an additional ten (10) days will allow the parties sufficient time to finalize settlement, file a notice of dismissal of this appeal, and otherwise resolve this case without incurring additional fees or taking up any more of this Honorable Court's valuable time.

4. As the deadline to file the Appellant's Brief has not passed, Federal Rules of Civil Procedure Rule 6(a) governs whether an extension of time should be granted. Rule 6(a) provides that the moving party, in this case the Appellant, must establish "good cause" for this Honorable Court to grant an extension of time:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires...

FRCP Rule 6(A), See also, Reales v. Consolidated Rail Corp., 84 F.3d 993 (7th Cir. 1996)("If a request for enlargement of time is received within the period that had been prescribed, the court for "cause shown" may grant the request...")

5. In light of ongoing, good-faith settlement negotiations which could bring this case to an end for the benefit of all parties involved, the Appellant argues it has established "good cause" for granting this brief extension of time.

6.  Accordingly, the Appellant respectfully requests an extension of ten (10) days or until May 19 (May 18 falls on a Sunday) to either conclude these settlement negotiations or to file its Appellant's Brief to press ahead with this appeal.

7.  Appellant's counsel hereby certifies this request is not interposed for purposes of delay, but solely to explore any and all options to avoid further expense and delay for all concerned. Further, Appellant's counsel hereby certifies it has satisfied the "meet and confer" requirements under this Honorable Court's Local Rules and that the Appellee's Counsel, Mr. Jeffrey Chadwick, has no objection to granting the relief sought in Appellant's motion.

**FOR THESE REASONS**, the Appellant respectfully requests this Honorable Court issue an order extending the deadline for Appellant's Brief to and including May 19, 2008.

Date:  May 7, 2008

Respectfully submitted,

HOEKSTRA POTATO FARMS, LLC,

By:  /s/ Miguel Martin-Johnston, Esq.
     One of Its Attorneys

Michael J. Keaton, Esq.
Miguel Martin-Johnston, Esq.
KEATON & ASSOCIATES, P.C.
1278 West Northwest Highway- Suite 903
Palatine, Illinois 60067
Tel.: 847/934-6500

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing was served electronically to all parties on the above-captioned matter through the ECF system at the electronic address on file with the Clerk's Office or by depositing same in the U.S. Mail, postage pre-paid and properly addressed on this day, May 7, 2008.

By:  /s/ Miguel Martin-Johnston, Esq.