UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: SELECT SNACKS, INC., et. al.,<br><br>Debtors.<br>_____<br><br>HOEKSTRA POTATO FARMS, LLC,<br><br>Appellant,<br><br>v.<br><br>SELECT SNACKS, INC., et. al.,<br><br>Appellee.<br>_____<br><br>LASALLE BUSINESS CREDIT, LLC,<br><br>Appellant,<br><br>v.<br><br>HOEKSTRA POTATO FARMS, LLC,<br><br>Appellee. | ) Appeal from the United States Bankruptcy<br>) Court for the Northern District of Illinois<br>) Case No. 07-B-18769<br>) (Jointly administered)<br>) Chapter 11<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No: 1:08-cv-02319-SBC<br>)<br>) Honorable Judge Suzanne B. Collon<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No: 1:08-cv-02319-SBC<br>)<br>) Honorable Judge Suzanne B. Collon<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF HEARING**

To: ___ Jeffery Chadwick, Esq.
KATTEN, MUCHIN ROSENMAN, LLP
525 W. Monroe Street
Chicago, IL 60661

Counsel for Appellee

Jeremy Stillings, Esq.
WINSTON & STRAWN, LLP
35 W. Wacker Drive
Chicago, IL 60601

Counsel for Debtors

Steven Jakubowski, Esq.
ROBERT F. COLEMAN & ASSOCIATES
77 West Wacker Drive, Suite 4800
Chicago, Illinois 60601

Counsel for the Committee for Unsecured Creditors

**YOU ARE HEREBY NOTIFIED** that on **May 13, 2008 9:00 a.m.**, or as soon there after as counsel may be heard, I shall appear before the Honorable Suzanne B. Colon, or any judge sitting in her stead, in courtroom 1743 or the courtroom occupied by her, located at U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois 60604, and present Appellant's Agreed Motion for Extension of Time, a true and accurate copy of which is attached hereto.

Date:  May 7, 2008               Respectfully submitted,

                                 HOEKSTRA POTATO FARMS, LLC,

                                 By:   /s/ Miguel Martin-Johnston, Esq.
                                        One of Its Attorneys

                                 Michael J. Keaton, Esq.
                                 Miguel Martin-Johnston, Esq.
                                 KEATON & ASSOCIATES, P.C.
                                 1278 West Northwest Highway- Suite 903
                                 Palatine, Illinois 60067
                                 Tel.: 847/934-6500

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing was served electronically to all parties on the above-captioned matter through the ECF system at the electronic address on file with the Clerk's Office or by depositing same in the U.S. Mail, postage pre-paid and properly addressed on this day, May 7, 2008.

                                 By:   /s/ Miguel Martin-Johnston