UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>SELECT SNACKS, INC., et al.,<br><br>Debtors. | Appeal from the United States<br>Bankruptcy Court for the Northern<br>District of Illinois<br>Case No. 07-B-18769<br>(Jointly Administered)<br>Chapter 11 |
| HOEKSTRA POTATO FARMS, LLC,<br><br>Appellant,<br>v.<br><br>SELECT SNACKS, INC., et al.,<br><br>Appellee, | Case No. 08-CV-2319<br>District Judge Conlon<br>Magistrate Judge Keys |
| LASALLE BUSINESS CREDIT, LLC,<br><br>Cross-Appellant,<br>v.<br><br>HOEKSTRA POTATO FARMS, LLC,<br><br>Cross-Appellee | Case No. 08-CV-2319<br>District Judge Conlon<br>Magistrate Judge Keys |

**JOINT STIPULATION AND AGREED MOTION TO DISMISS APPEAL**

All parties to the above-captioned appeal and cross-appeal ("Appeals"), Hoekstra Potato Farms, LLC ("Hoekstra"), Select Snacks, Inc. and Jay Foods, Inc. (collectively, "Debtors"), the Official Committee of Unsecured Creditors of the Debtors' jointly administered chapter 11 estates ("Committee") and LaSalle Business Credit, LLC ("LaSalle"), by and through their respective counsel, hereby jointly stipulate to the matters set forth below ("Stipulation") and respectfully request that these Appeals be dismissed with prejudice:

## JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 158. The statutory predicate for the relief requested herein is Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules").

## BACKGROUND

2. Hoekstra and LaSalle have settled the disputes from which the Appeals arose and all parties consent to the entry of orders dismissing Hoekstra's appeal and LaSalle's cross appeal pursuant to such settlement.[1]

## BASIS FOR RELIEF

3. Bankruptcy Rule 8001(c)(2) provides that an appeal shall be dismissed, after such appeal has been docketed, if the parties to the appeal sign and file with the district court an agreement that the appeal be dismissed. It is further provided that an appeal may also be dismissed on motion of the appellant on terms and conditions fixed by the Court.

4. The parties to the Appeals hereby submit this Stipulation as their agreement that the Appeals be dismissed with prejudice.

WHEREFORE, based on the foregoing, the aforementioned parties respectfully request that this Court enter an order dismissing the Appeals with prejudice and grant such further relief as the Court deems just and proper.

---

[1] LaSalle shall pay the agreed upon amounts to fully and finally settle Hoekstra's Disputed PACA Claims (as defined in the Sale Order) – the subject matter of the Appeals – pursuant to and in accordance with the terms and conditions of the Hoekstra's and LaSalle's settlement agreement and that certain sale order entered on December 4, 2007 [EOD #319] in the Debtors' chapter 11 cases.

Respectfully submitted this 14th day of May, 2008.

Agreed to in form and substance:

LaSalle Business Credit, LLC, as appellee and cross-appellant,

By: _____
Its counsel

John P. Sieger (IL 6240033)
Jeffrey A. Chadwick (IL 6274686)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: 312-902-5200

Select Snacks, Inc. and Jay Foods, Inc., as appellee,

By: _____
Their counsel

Mark K. Thomas (IL 6181453)
Jeremy T. Stillings (IL 6279868)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: 312-558-5600

Hoekstra Potato Farms, LLC, as appellant and cross-appellee,

By: _____
Its counsel

Michael J. Keaton
Miguel Martin-Johnson
KEATON & ASSOCIATES, P.C.
1278 W. Northwest Hwy., Ste. 903
Palatine, IL 60067
Telephone: 847-934-6500

Official Committee of Unsecured Creditors, as appellee,

By: _____
Its counsel

Elizabeth E. Richert
Steven Jakubowski
ROBERT F. COLEMAN & ASSOCIATES
77 West Wacker Drive, Ste. 4800
Chicago, IL 60601
Telephone: 312-444-1000