# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2319 | **DATE** | 5/16/2008 |
| **CASE TITLE** | HOEKSTRA POTATO FARMS, LLC vs. SELECT SNACKS, INC., ET AL | | |

**DOCKET ENTRY TEXT**

The case is dismissed pursuant to the joint stipulation and agreed motion to dismiss appeal. All previously set dates are vacated. ENTER ORDER.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|