RECEIVED

MAY 15 2008

JUDGE SUZANNE B. CONLON
United States District Court

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Appeal from the United States |
| SELECT SNACKS, INC., et al., | ) | Bankruptcy Court for the Northern |
| | ) | District of Illinois |
| | ) | Case No. 07-B-18769 |
| Debtors. | ) | (Jointly Administered) |
| | ) | Chapter 11 |
| | ) | |
| HOEKSTRA POTATO FARMS, LLC, | ) | |
| | ) | |
| Appellant, | ) | Case No. 08-CV-2319 |
| v. | ) | District Judge Conlon |
| | ) | Magistrate Judge Keys |
| SELECT SNACKS, INC., et al., | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| LASALLE BUSINESS CREDIT, LLC, | ) | |
| | ) | |
| Cross-Appellant, | ) | Case No. 08-CV-2319 |
| v. | ) | District Judge Conlon |
| | ) | Magistrate Judge Keys |
| HOEKSTRA POTATO FARMS, LLC, | ) | |
| | ) | |
| Cross-Appellee | ) | |

### AGREED ORDER DISMISSING APPEAL AND CROSS-APPEAL

Upon consideration of the *Joint Stipulation and Agreed Motion to Dismiss Appeal* [EOD 9] ("Stipulation/Motion")[1] executed by all parties to the above-captioned appeal and cross-appeal and filed with the District Court; the District Court having jurisdiction over this matter pursuant to 28 U.S.C. § 158; and good and sufficient cause existing for the relief requested in the Stipulation/Motion pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure;

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation/Motion.

**IT IS HEREBY ORDERED:**

1. The Stipulation/Motion is GRANTED.

2. The Appeals shall be, and hereby are, DISMISSED with prejudice.

Dated: 5/16/08

*Suzanne B. Conlon*
Honorable Suzanne B. Conlon
United States District Court Judge